Jasper A. Campbell, Jr., et al., appellants, v. I. S. Falk and W. F. Hewitt, appellees. Gen. No. 37,499.

Opinion filed April 10, 1935. Rehearing denied April 22, 1935.

Hopkins, Sutter, Halls & De Wolfe, for appellants; Olvany, Eisner & Donnelly, of counsel. Hirsch E. Soble and Albert Langeluttig, for appellees.

Mr. Justice Hall delivered the opinion of the court.

Mike Sufa and Regina Sufa, appellees, v. Ladislaw Vacek and Marie Vacek, appellants. Gen. No. 37,510.

Opinion filed April 10, 1935.

Grablowski & Kanak, for appellants. Heile, Cavender, Milchrist & Kaiser and Theodore J. Szmergalski, for appellees.

Mr. Justice Hall delivered the opinion of the court.

In re Estate of Frank Rayman, deceased.

Charles Rayman, appellee, v. National Builders Bank of Chicago, administrator with the will annexed of estate of Frank Rayman, deceased, appellant. Gen. No. 37,538.

Opinion filed April 10, 1935. Rehearing denied April 22, 1935.

Clarence T. Morse, for appellant. Frank H. Repetto, for appellee.

Mr. Justice Hall delivered the opinion of the court.

William M. Davis, defendant in error, v. Frank P. Kretchmer et al., plaintiffs in error. Gen. No. 37,569.

Opinion filed April 10, 1935. Rehearing denied April 22, 1935.

Tarnopol & Flamm, for plaintiffs in error; John B. King, of counsel. Chapman & Cutler, for defendant in error; George H. Jirgal and Charles M. Thomson, of counsel.

Mr. Justice Hall delivered the opinion of the court.